UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-CV-80219-BER

LARRY KLAYMAN,

Plaintiff,

vs.

REFEREE J. LEE MARSH, *et al*,

Defendants.

_____/

**REPORT AND RECOMMENDATION ON**
**ORDER TO SHOW CAUSE [ECF No. 4]**

On March 3, 2026, *pro se* Plaintiff Larry Klayman filed a Complaint against Referee J. Lee Marsh, the Honorable Carlos G. Muniz, the Honorable Jorge Labarga, the Honorable John D. Couriel, the Honorable Jamie R. Grosshans, the Honorable Renatha Francis, the Honorable Meredith L. Sasso, the Honorable Charles Canady, the Supreme Court of Florida, the Florida Bar, the Florida Office of Bar Counsel, Patricia Ann Toro Savitz, and Shanee Hinson under 42 U.S.C. § 1983. ECF No. 1. Mr. Klayman did not pay the filing fee. *Id.* ("Filing fees $ 405.00 (DUE) FEE NOT PAID"). The case was assigned to me on the same day. ECF No. 3. On March 9, 2026, I entered an Order to Show Cause ("Order") for Mr. Klayman to pay the filing fee or request *in forma pauperis* status by March 16, 2026. ECF No. 4. That deadline has passed without Mr. Klayman filing anything with the Court.

Therefore, I ORDER the Clerk of the Court to randomly assign a District Judge to preside over this matter, and I RECOMMEND to the District Judge that the case be dismissed without prejudice for failure to comply with the Order. *See Taylor v. Nelson*, 356 F. App'x 318, 319 (11th Cir. 2009) (per curiam) (district court does not abuse its discretion by dismissing complaint for failure to comply with the court's order to submit documentation or pay filing fee).

<u>**REPORT AND RECOMMENDATION**</u>

Accordingly, this Court **RECOMMENDS** that the District Court dismiss the case without prejudice.

<u>**NOTICE OF RIGHT TO OBJECT**</u>

A party shall serve and file written objections, if any, to this Report and Recommendation with the United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 7th day of April 2026.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

2