UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 26-80219-CIV-CANNON/Reinhart

LARRY KLAYMAN,

      Plaintiff,

v.

REFEREE J. LEE MARSH, *et al.*,

      Defendants.

_____/

### ORDER ACCEPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND CLOSING CASE

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Reinhart on April 7, 2026 [ECF No. 5]. The Report, to which no objection has been filed, recommends dismissal of this case without prejudice due to Plaintiff's failure to prosecute this action and for failure to comply with Court orders [ECF No. 5 p. 2]. Following review, the Report is **ACCEPTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

### RELEVANT BACKGROUND

On March 3, 2026, Plaintiff filed a Complaint against Defendants, including various judicial officers, asserting several constitutional violations arising out of an attorney discipline proceeding [ECF No. 1]. Plaintiff never paid the required filing fee to initiate this suit, however [ECF No. 1]. Magistrate Judge Reinhart therefore issued an Order to Show Cause, giving Plaintiff until March 16, 2026, to either pay the filing fee or file a motion to proceed *in forma pauperis* [ECF No. 4]. Magistrate Judge Reinhart warned in that Order that "[n]on-compliance with th[at] Order may result in the case being dismissed" [ECF No. 4]. Plaintiff never complied, so Magistrate Judge issued the instant Report [ECF No. 5]. The Report recommends dismissal of Plaintiff's

Complaint for failure to prosecute and comply with court orders [ECF No. 5 p. 2].  *See also Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005) (holding that a district court may *sua sponte* dismiss a case for lack of prosecution).  No party has filed objections to the Report, and the time to do so has expired.

To this day, Plaintiff still has failed to pay the filing fee or to move for *in forma pauperis* status.

## LEGAL STANDARDS

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made.  *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).  A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1).  To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record.  *Macort*, 208 F. App'x at 784.

## CONCLUSION

The Court finds the well-reasoned Report to contain no clear error of fact or law.  Thus, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**.

CASE NO. 26-80219-CIV-CANNON/Reinhart

2.  Pursuant to the Court's inherent authority to dismiss an action for want of prosecution, this case is **DISMISSED WITHOUT PREJUDICE**. *See Betty K Agencies*, 432 F.3d at 1337.

3.  **The Clerk is directed to MAIL a copy of this Order to Plaintiff at the address listed below and file a Notice of Compliance on the docket**.

4.  The Clerk is directed to **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of April 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   **LARRY KLAYMAN**
7050 W. Palmetto Park Rd.
Boca Raton 33433
**PRO SE**

3